# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : Case No.: 8:20-cv-1974 |
| Plaintiffs, | : |
| v. | : |
| | : |
| FT. MEADE HOSPITALITY, LLC, | : |
| | : |
| Defendant. | : |
| _____ | : |
| | : |

## PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, by and through undersigned counsel, hereby move for default against the Defendant, FT. MEADE HOSPITALITY, LLC. Defendant was served with the summons and complaint on July 22, 2020. Defendant's answer or responsive pleading was due August 12, 2020. Defendant has failed to file any response.

DATED: August 24, 2020

Respectfully submitted,

Attorney for Plaintiff:

 _/s/ Tristan W. Gillespie__

Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com