# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

DEBORAH LAUFER,

    Plaintiff                      *

    v.                                *      Civil No.: PX 20-cv-1974

FT. MEADE HOSPITALITY, LLC,    *

    Defendant

                                            ******

## ORDER OF DEFAULT

It appears from the records and/or affidavit of **Deborah Laufer** that the summons and Complaint were properly served upon the named Defendant, **Ft. Meade Hospitality, LLC** on **July 22nd, 2020,** and time for said Defendant to plead or otherwise defend expired on **August 12th, 2020**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this 24th day of August, 2020.

                                                         FELICIA C. CANNON, CLERK

                                   By:                /s/
                                                   Brian Ulander, Deputy Clerk