**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DEBORAH LAUFER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:20-cv-1974-PX |
| FT. MEADE HOSPITALITY, LLC, | * | |
| Defendant. | * | |

\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of November 2020, by the United States District Court for the District of Maryland, ORDERED that Plaintiff Deborah Laufer's Motion for Default Judgment (ECF No. 7) is DENIED. The Clerk is directed to DISMISS the Complaint without prejudice, transmit a copy of the Memorandum Opinion to the parties, and CLOSE this case.

\_\_\_\_\_11/10/20_____         _____/S/_____
            Date                                              Paula Xinis
                                                  United States District Judge