**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**MDD_SAGchambers@mdd.uscourts.gov**

November 24, 2020

LETTER TO COUNSEL

Re: <u>Laufer v. Ft. Meade Hospitality</u>, Civil Case No. SAG-20-1974
<u>Laufer v. Naranda Hotels, LLC,</u> Civil Case No. SAG 20-2136

Dear Counsel:

I am in receipt of Mr. Gillespie's letter of November 23, 2020. While the Court understands that Ms. Laufer has a holiday planned and does not lightly interrupt such plans, given the Court's schedule, the large number of cases Plaintiff has filed in this Court, and the significant standing questions that have been raised, it is important that this hearing proceed immediately. Plaintiff has not explained why this holiday leaves her unavailable next week for a brief evidentiary motions hearing, since it will be on Zoom and thus can be attended from anywhere with an Internet connection. Given the ongoing and worsening pandemic, which her own briefing acknowledges makes travel difficult, it would seem highly unlikely that she would now be traveling to a place where Zoom connection would be impossible. Accordingly, the evidentiary hearing will be held on **Tuesday, December 1, 2020 at 10:00 a.m.**

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge