# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
**STEPHANIE A. GALLAGHER**
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
MDD_SAGchambers@mdd.uscourts.gov

December 8, 2020

LETTER TO COUNSEL

Re:  Laufer v. Ft. Meade Hospitality, Civil Case No. SAG-20-1974
     Laufer v. Naranda Hotels, LLC, Civil Case No. SAG 20-2136

Dear Counsel:

In deciding the pending motions in these two cases, the Court plans to take judicial notice of a number of filings in Plaintiff's similar cases in this and other jurisdictions. Specifically, the Court will take judicial notice of the following filings:

- *Laufer v. 2500 Arapahoe St LLC*, ECF 20-1, 1:20-cv-02405-KLM (District of Colorado)
- *Laufer v. Q Ill Development, LLC*, ECF 11-1, 3:20-cv-03149-SEM-TSH (Central District of Illinois)
- *Laufer v. U.L.S.T., LLC dba Waterfront Hotel & Marina*, ECF 23-1, 3:20-cv-50461 (Northern District of Illinois)
- *Laufer v. Riddhi BR, LLC*, ECF 12, 3:20-cv-30039-MGM (District of Massachusetts)
- *Laufer v. Extended Stay America – Somerset – Franklin*, ECF 9, 3:20-cv-09193-FLW-DEA (District of New Jersey)
- *Laufer v. 441 Post Road, LLC*, ECF 25-1, 3:20-cv-00448-VAB (District of Connecticut)
- *Laufer v. BSJ Laxmi, LLC*, ECF 19-1, 6:20-cv-389-ADA-JCM (Western District of Texas)
- *Laufer v. Shree Rajshy Amaji, LLC*, ECF 11, 3:20-cv-00888-wmc (Western District of Wisconsin)
- *Laufer v. R B Properties, Inc.*, ECF 9-1, 1:20-cv-02208-RBW (District of Columbia)
- *Laufer v. Vasu Inc.*, ECF 1, 1:20-cv-03264-SAG
- *Laufer v. Hiteshbhai Patel*, ECF 1, 1:20-cv-03265-SAG
- *Laufer v. Prestige Hospitality Group, LLC*, ECF 17, 1:20-cv-02119-SAG

While the Court will be taking judicial notice of the statements Plaintiff made in the above filings, it will *not* weigh the truth or accuracy of the statements. In other words, the Court will take notice of what Plaintiff has stated, but will not consider whether the statements themselves are true. The significance of these filings for the purposes of the Court's consideration lies solely in the fact that the statements were made recently under penalty of perjury or in Complaints.

Per Fed. R. Civ. P. 201(e), parties are entitled to be heard on the propriety of taking judicial

Laufer v. Ft. Meade Hospitality
Laufer v. Naranda Hotels, LLC
December 8, 2020
Page 2

notice and the nature of the facts to be noticed.  Both parties will be given until 5 p.m. on Tuesday, December 15, 2020 to file a brief outlining any concerns they have with the taking of such judicial notice as described above.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge