# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEBORAH LAUFER,** | * |
| Plaintiff, | * |
| v. | *   Civil No. SAG-20-1974 |
| **FT. MEADE HOSPITALITY, LLC,** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 16th day of December, 2020, ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint, ECF 12, is DENIED. The existing dismissal in this case is converted to a DISMISSAL WITH PREJUDICE.

/s/
Stephanie A. Gallagher
United States District Judge