# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

_____

DEBORAH LAUFER,
                Plaintiff,

      v.                                           8:20-cv-1974

FT. MEADE HOSPITALITY, LLC,
                Defendant.

_____

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Deborah Laufer, in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in this case on December 16, 2020.

DATED: December 16, 2020

Respectfully submitted,

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
Attorneys for Plaintiff
5150 Cottage Farm Rd.
Johns Creek, GA 30022
404-276-7277
Gillespie.tristan@gmail.com